No. 87–5267. PUZZANGHERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5284. MCDONALD v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5288. STEWART v. CHRANS. C. A. 7th Cir. Certiorari denied. Reported below: 822 F. 2d 1090.

No. 87–5292. ROBERTS v. SARGENT. C. A. 8th Cir. Certiorari denied.

No. 87–5294. CHISHOLM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5296. CHAMORRO, AKA HERNANDEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5299. BOYER v. OSWEGO COUNTY BOARD OF COOPERATIVE EDUCATIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 87–5300. TILLI v. SPAZIANI ET AL. Super. Ct. Pa. Certiorari denied.

No. 87–5301. STEPHENS v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 87–5307. JOHNSON v. DIXON, JUDGE, DISTRICT COURT OF OKLAHOMA COUNTY, OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87–5310. TROCHE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5312. CHAMBERS v. ARMSTRONG BLUM MANUFACTURING CO. C. A. 7th Cir. Certiorari denied.

No. 87–5313. ZULU, AKA ROBINSON v. BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5314. HARRIS v. VIRGINIA. C. A. 4th Cir. Certiorari denied.